IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VENTURES TRUST 2013,

    Plaintiff,

  v.

EUGENE D. MATTHEWS,

    Defendant.

No. C 15-02940 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING ACTION**

The undersigned has reviewed the report and recommendation of Magistrate Judge Kandis Westmore and agrees that this unlawful detainer action should be remanded for the reasons stated in the report (Dkt. No. 9). No objection was received in response to the report. This order therefore **ADOPTS** in full the report and recommendation of Judge Westmore. This action is hereby **REMANDED** to Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: August 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE